JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. DAVIS,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>R. BURTON, Acting Warden,[1]<br><br>　　　　　　　　Respondent. | Case No. 5:21-cv-01256-JAK-SHK<br><br>JUDGMENT<br><br>ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: August 30, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner named "The People" as Respondent. ECF No. 1. The Court substitutes the correct Respondent, the Acting Warden of California Health Care Facility, where Petitioner is presently incarcerated. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) ("A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition."); Rule 2(a), 28 U.S.C. foll. § 2254.